

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2017

No. 04-17-00016-CV

Adam **WILSON** d/b/a Adam Wilson Homes, LLC and Adam Wilson Custom Homes,
Appellants

v.

Deborah L. **KENNEDY** and Charles A. Reasner II,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-19885
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

 In this accelerated appeal of the trial court's interlocutory order, the clerk's record was due on January 20, 2017. *See* TEX. R. APP. P. 35.1(b). Four days later, the district clerk filed a notification of late clerk's record and requested an extension of time to file the clerk's record until February 23, 2017.

 The district clerk's request is GRANTED IN PART. The clerk's record must be filed with this court by January 30, 2017. *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court